IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of TETRA TECH TESORO, INC., | * * * * | |
| Plaintiff, | * * | |
| v. | * * * | CV 115-193 |
| SAFECO INSURANCE COMPANY OF AMERICA, | * * * | |
| Defendant. | * * * | |

**O R D E R**

Presently before the Court is the parties' joint motion to stay. (Doc. 14.) Upon consideration, the Court **GRANTS** the parties' motion. This case shall be **STAYED** for an additional **six months**. The parties are instructed to file a **joint status report one month before the end of the stay**.

**ORDER ENTERED** at Augusta, Georgia this _13th_ day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA