```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
                      AUGUSTA DIVISION
```

UNITED STATES OF AMERICA, for             *
the use and benefit of TETRA              *
TECH TESORO, INC.,                        *
                                          *
    Plaintiff,                            *
                                          *
v.                                        *
                                          *     CV 115-193
SAFECO INSURANCE COMPANY OF               *
AMERICA,                                  *
                                          *
    Defendant.                            *
                                          *
                                          *

### O R D E R

Currently before the Court is the parties' joint motion to stay. (Doc. 16.) Upon consideration, the Court **GRANTS** the parties' motion. This case shall be **STAYED** for an additional **six months**. The parties are instructed to file a **joint status report one month before the end of the stay.**

**ORDER ENTERED** at Augusta, Georgia this 3rd day of April, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA