IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of TETRA TECH TESORO, INC., | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 115-193 |
| SAFECO INSURANCE COMPANY OF AMERICA, | * * * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the parties' joint status report and notice of settlement.[1] (Doc. 18.) Therein, the parties state that they have come to a mediated settlement of their disputes – including the claims brought in this action – and have executed a memorandum of understanding memorializing their agreement. (Id. ¶¶ 4-5.) The parties further state, however, that additional documentation memorializing the parties' settlement is being prepared and, due to the number of parties and matters involved, additional time is needed before a dismissal can be filed in this lawsuit. (Id. ¶ 6.) Accordingly, the parties

---

[1] The Court has temporarily stayed this matter several times upon the joint requests of the parties. (See Docs. 12, 15, 17; see also Docs. 10, 14, 16.) In its Order dated April 3, 2017, the Court instructed the parties to file a joint status report one month prior to the end of the temporary stay of six months granted thereby. (See Doc. 17.)

request that the Court stay this action through the end of the present calendar year to allow the parties to finalize their formal settlement documentation and file a stipulation of dismissal. (Id. at 2.)

Upon due consideration, **IT IS HEREBY ORDERED THAT** the parties' request to stay contained in their status report (doc. 18) is **GRANTED** and this case shall be **STAYED** through **Wednesday, January 3, 2018.** The parties **SHALL** file a **joint status report on or before Friday, December 15, 2017.**

**ORDER ENTERED** at Augusta, Georgia this 5th day of October, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA